UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No.  2:12-cv-1693 AC P<br><br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On April 18, 2013, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendants Barton and Blackshear was returned unserved because "no longer employed."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed June 25, 2012;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the

1 | attached Notice of Submission of Documents to the court, with the following documents:

2 |     a. One completed USM-285 form for each defendant;

3 |     b. Three copies of the endorsed complaint filed June 25, 2012; and

4 |     c. One completed summons form (if not previously provided) or show good cause

5 | why he cannot provide such information.

6 | DATED: September 11, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/kly
gupt1693.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-1693 AC P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　\_\_\_\_　　　completed summons form

　　　\_\_\_\_　　　completed USM-285 forms

　　　\_\_\_\_　　　copies of the June 25, 2012

　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Plaintiff

3