1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAJ CHRISTOPHER GUPTA,                No.  2:12-cv-1693 AC P

12                 Plaintiff,

13          v.                             ORDER

14   MATTHEW CATE, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S. § 1983.

18   Plaintiff filed a motion for default judgment (ECF No. 26) which he subsequently has sought to

19   "abandon."  ECF No. 32.  Plaintiff indicates that since filing the motion at ECF No. 26, he has

20   received the answer and executed waivers of service for the defendants.

21          Accordingly, IT IS ORDERED that plaintiff's request to voluntarily abandon his motion

22   for default judgment, ECF No. 32, is construed as a motion to withdraw the motion for default

23   judgment and is granted.  The motion at ECF No. 26 is vacated.

24   DATED: October 15, 2013

25

26                                         ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE
27

28   AC:009 gupt1693.ord