Natalie P. Vance, Bar No. 206708
Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
gfayard@klinedinstlaw.com

Rachel Love, AZ Bar No. 019881
*(Admitted Pro Hac Vice)*
Courtney R. Cloman, AZ Bar No. 023155
*(Admitted Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600/FAX (480) 420-1696

Attorneys for Defendants Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, A. Perez, Dalinda Harman, D. Huser, M. Williams, K. Pool, and J.D. Lozano

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raj Christopher Gupta,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, Roger Blackshear, B. Barton, A. Perez, Dalinda Harman, D. Huser, B. Walls, S. Roacho, C. Vaca, M. Williams, E. Brooks, K. Pool, J.D. Lozano,<br><br>Defendants. | Case No. 2:12-cv-1693 AC P<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUT-OFF DATE ONLY** |

Upon consideration of Plaintiff and CDCR Defendants' Motion to Extend Discovery Cut-off Date Only, and for good cause shown therein,

IT IS HEREBY ORDERED that the discovery cut-off date be extended from January 15, 2014 to February 14, 2014.

///

///

DATED: January 8, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUT-OFF DATE ONLY

# **CERTIFICATE OF SERVICE**

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF MARICOPA        )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to this action. I am employed in the County of Maricopa, Arizona, and my business address is 3100 West Ray Road, Suite 300, Chandler, Arizona.

On January 8, 2014, I caused to be served the following documents:

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUT-OFF DATE ONLY**

[**X**]   **BY REGULAR MAIL**: I caused such envelopes to be deposited in the United States mail at Chandler, Arizona, with postage thereon fully prepaid, individually addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

[ ]   **BY OVERNIGHT SERVICE**: I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

[ ]   **BY FACSIMILE TRANSMISSION**: I cased a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

[ ]   **BY ELECTRONIC FILING SERVICE**: By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

[ ]   **BY PERSONAL SERVICE**: I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Liddy Legal Service on the parties listed on the service list below at their designated business address.

[ ]   By personally delivering the copies;
   [ ]   By leaving the copies at the attorney's office;

[ ]   In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

[ ]   By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| Raj Christopher Gupta<br>AE-9278<br>NORTH FORK CORRECTIONAL FACILITY<br>1605 East Main<br>Sayre, Ok 73662 | Plaintiff *Pro Se* |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Chandler, Arizona, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2014, at Chandler, Arizona.

*/s/ Sheila D. Brown*
SHEILA D. BROWN

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUT-OFF DATE ONLY