UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA, | No. 2:12-cv-1693 AC P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

   Notwithstanding defendants' failure to comply with the procedures for placing documents under seal pursuant to Local Rule 141, the court has determined there is good cause to place the private addresses of former state correctional officials defendants Barton and Blackshear under seal.  The Clerk of the Court is directed to place the executed waiver of service for defendant Barton at ECF No. 67 under seal.  With respect to defendant Blackshear, his correct and current address, once obtained, will also be placed under seal.

   IT IS SO ORDERED.

DATED: March 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE