

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

Raj Christopher Gupta,

            Plaintiff(s),

v.

Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, Roger Blackshear, B. Barton, A. Perez, Dalinda Harman, D. Huser, B. Walls, S. Roacho, C. Vaca, M. Willliams, E. Brooks, K. Pool and J.D. Lozano,

            Defendant(s).

Case No. 2:12-cv-01693 AC P

I, Jacob B. Lee attorney for Defendants, Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, A. Perez, Dalinda Harman, D. Huser, M. Williams, K. Pool and J.D. Lozano hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Struck Wieneke & Love |
| Address: | 3100 West Ray Road |
| | Suite 300 |
| City: | Chandler |
| State: | AZ    ZIP Code: 85226 |
| Voice Phone: | (480) 420-1641 |
| FAX Phone: | (480) 269-9409 |
| Internet E-mail: | jleeaswlfirm.com |
| Additional E-mail: | dshaweswffirm.com |
| I reside in City: | Gilbert    State: AZ |

I was admitted to practice in the <u>State of Arizona</u> on <u>July 23, 2013</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ❏ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

___

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Gregory T. Fayard, Esq.</u>

Firm Name: <u>Klinedinst PC</u>

Address: <u>801 K Street</u>

<u>Suite 2100</u>

City: <u>Sacramento</u>

State: <u>CA</u>  ZIP Code: <u>95814</u>

Voice Phone: <u>(916) 444-7573</u>

FAX Phone: <u>(916) 444-7544</u>

E-mail: <u>gfayardaklinedinstlaw.com</u>

2863167

Dated: __3/7/14__   Petitioner: _____

2863167

ORDER

**IT IS SO ORDERED.**

**Dated:  March 18, 2014**

_____
**JUDGE, U.S. DISTRICT COURT**

2863167