UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>         Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>         Defendants. | No.  2:12-cv-1693 WBS AC P<br><br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se who filed an action pursuant to 42 U.S. § 1983.  A Discovery and Scheduling Order in this matter was filed on July 24, 2013.  ECF No. 21.  Several requests or motions are pending.  See ECF Nos. 39, 40, 54, 63, 79.

      On April 4, 2014, defendants notified the court pursuant to Local Rule 160(a) that the parties have reached a settlement in this matter, are in the process of preparing a Settlement Agreement and Release, and will upon execution of the agreement file a stipulated dismissal of this case with prejudice.  Defendants request that all pending deadlines in this case be vacated.

      Pursuant to L.R. 160(b), the parties have twenty-one days to file the stipulation dismissing this case.

////

////

1

In light of the notice of the imminent dismissal of this case, all pending motions and deadlines in this case are hereby VACATED.

IT IS SO ORDERED.

DATED: April 11, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE