Natalie P. Vance, Bar No. 206708
Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
gfayard@klinedinstlaw.com

Rachel Love, AZ Bar No. 019881
*(Admitted Pro Hac Vice)*
Jacob B. Lee, AZ Bar No. 030371
*(Admitted Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600/FAX (480) 420-1696
rlove@swlfirm.com
jlee@swlfirm.com

Attorneys for Defendants Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, A. Perez, Dalinda Harman, D. Huser, M. Williams, K. Pool and J.D. Lozano

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raj Christopher Gupta,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, Roger Blackshear, B. Barton, A. Perez, Dalinda Harman, D. Huser, B. Walls, S. Roacho, C. Vaca, M. Williams, E. Brooks, K. Pool, J.D. Lozano,<br><br>　　　　Defendants. | Case No. 2:12-cv-1693 AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE STIPULATION TO DISMISS WITH PREJUDICE** |

Upon consideration of Defendants' Second Motion for Extension of Time to File Stipulation to Dismiss with Prejudice, and for good cause shown therein,

1   IT IS HEREBY ORDERED that Defendants' request for a 30-day extension of
2   time in which to file the Stipulation to Dismiss with Prejudice is hereby GRANTED. The
3   Stipulation to Dismiss with Prejudice shall be filed on or before June 16, 2014.
4
5   DATED: May 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 2 -