Natalie P. Vance,   Bar No. 206708
Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
gfayard@klinedinstlaw.com

Rachel Love, AZ Bar No. 019881
*(Admitted Pro Hac Vice)*
Jacob B. Lee, AZ Bar No. 030371
*(Admitted Pro Hac Vice)*
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600/FAX (480) 420-1696
rlove@swlfirm.com
jlee@swlfirm.com

Attorneys for Defendants Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, A. Perez, Dalinda Harman, D. Huser, M. Williams, K. Pool and J.D. Lozano

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raj Christopher Gupta,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Matthew Cate, Scott Kernan, Terri McDonald, George Giurbino, Fred Figueroa, Roger Blackshear, B. Barton, A. Perez, Dalinda Harman, D. Huser, B. Walls, S. Roacho, C. Vaca, M. Williams, E. Brooks, K. Pool, J.D. Lozano,<br><br>　　　　　Defendants. | Case No.  2:12-cv-1693 WBS AC<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Upon consideration of the parties' Stipulation to Dismiss with Prejudice (Doc. 88), and for good cause shown therein,

1  IT IS HEREBY ORDERED that the parties' Stipulation to Dismiss with Prejudice
2  is hereby GRANTED.

4  Dated: June 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE